Filed Dec. 15, 1883.

---

## No. 11,178.

## THE LOUISVILLE, NEW ALBANY AND CHICAGO RAILWAY COMPANY *v.* ZINK.

From the Floyd Circuit Court.

*D. M. Alspaugh* and *J. C. Lawler,* for appellant.
*S. B. Voyles* and *H. Morris,* for appellee.

HOWK, C. J.—In this case substantially the same questions are presented for decision, in substantially the same way, as those considered and decided in *Louisville, etc., R. W. Co.* v. *Zink, ante,* p. 406. Upon the authority of the case cited, and for the reasons given in the opinion therein, this cause must be decided as that was decided.

The judgment is affirmed with costs.

Filed Jan. 2, 1884.

---

## No. 10,250.

## COOK *v.* COOK ET AL.

From the Hancock Circuit Court.

*D. S. Gooding* and *M. B. Gooding,* for appellant.
*J. A. New* and *J. W. Jones,* for appellees.

BICKNELL, C. C.—This case, in all its essential features, is the same as *Cook* v. *Cook, ante,* p. 398.

For the reasons given in the opinion in that case the judgment of the court below in this case should be affirmed.

PER CURIAM.—It is therefore ordered that the judgment of the court below be, and the same is hereby, in all things, affirmed at the costs of the appellant.

Filed Jan. 3, 1884.